A CERTIFIED TRUE COPY

MAR 20 2002

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
BY MAIL
MAR 28 2002
CLERK US DIST COURT
ST. PAUL, MN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAR - 4 2002
FILED
CLERK'S OFFICE

***DOCKET NO. 1387***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION***

FILED ___ ENTERED
LODGED ___ RECEIVED
MAR 22 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-22)***

On February 7, 2001, the Panel transferred 13 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 290 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Benson Everett Legg.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the District of Maryland and assigned to Judge Legg.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the District of Maryland for the reasons stated in the order of February 7, 2001, and, with the consent of that court, assigned to the Honorable Benson Everett Legg.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 20 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

3-25-02
I hereby attest and certify on ___ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By [signature] Deputy

FILED MAR 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___

(4)

# SCHEDULE CTO-22-TAG ALONG CASES
## DOCKET NO. 1387
## IN RE PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | | |
|---|---|---|---|---|
| ARIZONA | | | | |
| AZ | 2 | 01-2502 | Douyard, et al. v. Boston Scientific Corp. | L-02-880 |
| FLORIDA SOUTHERN | | | | |
| FLS | 9 | 01-9084 | Matthews, et al. v. Boston Scientific Corp. | L-02-881 |
| FLS | 9 | 01-9085 | McKeehan v. Boston Scientific Corp. | L-02-882 |
| FLS | 9 | 01-9086 | Thompson v. Boston Scientific Corp. | L-02-883 |
| LOUISIANA WESTERN | | | | |
| LAW | 2 | 01-2608 | McMichael, et al. v. Boston Scientific Corp. | L-02-884 |
| LAW | 2 | 01-2609 | Pearce v. Boston Scientific Corp. | L-02-885 |
| MICHIGAN EASTERN | | | | |
| MIE | 2 | 01-75015 | Garza, et al. v. Boston Scientific Corp. | L-02-886 |
| MINNESOTA | | | | |
| MN | 0 | 02-75 | Alcock, et al. v. Boston Scientific Corp. | L-02-887 |
| MN | 0 | 02-76 | Bender, et al. v. Boston Scientific Corp. | L-02-888 |
| MN | 0 | 02-78 | Sheffield v. Boston Scientific Corp. | L-02-889 |
| MN | 0 | 02-79 | Crobarger v. Boston Scientific Corp. | L-02-891 |
| MN | 0 | 02-81 | Gibbons, et al . v. Boston Scientific Corp. | L-02-892 |
| MN | 0 | 02-82 | Holfinger, et al. v. Boston Scientific Corp. | L-02-893 |
| MN | 0 | 02-83 | Hornback, et al. v. Boston Scientific Corp. | L-02-894 |
| MN | 0 | 02-84 | Lair, et al. v. Boston Scientific Corp. | L-02-895 |
| MN | 0 | 02-85 | Loose v. Boston Scientific Corp. | L-02-896 |
| MN | 0 | 02-89 | O'Conner v. Boston Scientific Corp. | L-02-897 |
| MN | 0 | 02-90 | Palmer v. Boston Scientific Corp. | L-02-898 |
| MN | 0 | 02-91 | Ray v. Boston Scientific Corp. | L-02-899 |
| MN | 0 | 02-92 | Jordan v. Boston Scientific Corp. | L-02-900 |
| MN | 0 | 02-94 | Rice, et al. v. Boston Scientific Corp. | L-02-901 |
| MN | 0 | 02-95 | Rosenberry, et al. v. Boston Scientific Corp. | L-02-902 |
| MN | 0 | 02-96 | Wachsman, et al. v. Boston Scientific Corp. | L-02-903 |
| MN | 0 | 02-97 | Wheeler, et al. v. Boston Scientific Corp. | L-02-904 |
| MN | 0 | 02-98 | Wilson, et al. v. Boston Scientific Corp. | L-02-905 |
| NORTH CAROLINA EASTERN | | | | |
| NCE | 5 | 01-945 | Hull, et al. v. Boston Scientific Corp. | L-02-906 |
| NCE | 5 | 01-946 | Hendricks v. Boston Scientific Corp. | L-02-907 |
| NCE | 5 | 01-947 | Alston, et al. v. Boston Scientific Corp. | L-02-908 |
| NEW JERSEY | | | | |
| NJ | 2 | 01-5876 | Pounders, et al. v. Boston Scientific Corp., et al. | L-02-909 |
| NJ | 2 | 01-5877 | Williams v. Boston Scientific Corp., et al. | L-02-910 |
| NJ | 2 | 01-5878 | Walberg, et al. v. Boston Scientific Corp., et al. | L-02-911 |
| NJ | 2 | 01-5881 | Tyler v. Boston Scientific Corp., et al. | L-02-912 |
| NJ | 2 | 01-5884 | Nienstadt v. Boston Scientific Corp., et al. | L-02-913 |
| NJ | 2 | 01-5887 | Baker v. Boston Scientific Corp., et al. | L-02-914 |
| NJ | 2 | 01-5892 | Noble, et al. v. Boston Scientific Corp., et al. | L-02-915 |
| NJ | 2 | 01-5895 | Morris, et al. v. Boston Scientific Corp., et al. | L-02-916 |
| NJ | 2 | 01-5896 | Mumford, et al. v. Boston Scientific Corp., et al. | L-02-917 |
| NJ | 2 | 01-5899 | Miller v. Boston Scientific Corp., et al. | L-02-918 |
| NJ | 2 | 01-5900 | Coats, et al. v. Boston Scientific Corp., et al. | L-02-921 |
| NJ | 2 | 01-5901 | Green v. Boston Scientific Corp., et al. | L-02-922 |
| NJ | 2 | 01-5902 | Johnson v. Boston Scientific Corp., et al. | L-02-923 |
| NJ | 2 | 01-5906 | Bowers, et al. v. Boston Scientific Corp., et al. | L-02-924 |
| NJ | 2 | 01-5908 | Lane, et al. v. Boston Scientific Corp., et al. | L-02-925 |
| NJ | 2 | 01-5912 | O'Brien v. Boston Scientific Corp., et al. | L-02-926 |
| NJ | 2 | 01-5913 | Reeder, et al. v. Boston Scientific Corp., et al. | L-02-927 |
| NJ | 2 | 01-5914 | Swanstrom, et al. v. Boston Scientific Corp., et al. | L-02-928 |
| NJ | 2 | 01-5915 | Savage, et al. v. Boston Scientific Corp., et al. | L-02-929 |
| NJ | 2 | 01-5916 | Cooper v. Boston Scientific Corp., et al. | L-02-930 |
| NJ | 2 | 01-5917 | Brassell, et al. v. Boston Scientific Corp., et al. | L-02-931 |
| NJ | 2 | 01-5918 | Box, et al. v. Boston Scientific Corp., et al. | L-02-932 |

SCHEDULE CTO-22 TAG-ALONG CASES (Cont.) MDL-1387

| DISTRICT DIV CIVIL ACTION# | | |
|---|---|---|
| PENNSYLVANIA WESTERN PAW 1 01-358 | McMillan, et al. v. Boston Scientific Corp. | L-02-933 |
| SOUTH CAROLINA SC 4 02-42 | Boyles v. Boston Scientific Corp. | L-02-934 |
| TENNESSEE EASTERN TNE 3 01-537 | White, et al. v. Boston Scientific Corp. | L-02-935 |
| TENNESSEE MIDDLE TNM 2 01-89 | Tabor, et al. v. Boston Scientific Corp., et al. | L-02-936 |

# UNITED STATES DISTRICT COURT
## District of Minnesota

*TO:* All Counsel of Record

( ) THIRD DIVISION: 700 Federal Bldg., 316 N. Robert St., St. Paul, MN 55101 Phone (651) 848-1100
( x ) FOURTH DIVISION: 202 U. S. Courthouse, 300 S. 4th St., Mpls., MN 55415 Phone (612) 664-5000
( ) FIFTH AND SIXTH DIVISION: 417 Federal Bldg., 515 W. 1st St., Duluth, MN 55802 Phone (218) 529-3500

| | |
|---|---|
| **DATE:** 3/28/02 | **CIVIL FILE NUMBER:**<br><br>D. MN Case No. 02-95 RHK/JMM (D. MD Case No. L-02-920)<br>D. MN Case No. 02-94 RHK/JMM (D. MD Case No. L-02-901)<br>D. MN Case No. 02-76 RHK/JMM (D. MD Case No. L-02-888)<br>D. MN Case No. 02-92 JRT/FLN (D. MD Case No. L-02-900)<br>D. MN Case No. 02-82 JRT/FLN (D. MD Case No. L-02-893)<br>D. MN Case No. 02-75 JRT/FLN (D. MD Case No. L-02-887) |
| **CASE TITLE:** | v. Boston Scientific |

| | |
|---|---|
| | The above entitled action was: ( ) removed from county court OR ( ) transferred from another district, filed in the ( ) St. Paul-3rd Division ( ) Minneapolis-4th Division ( ) Duluth-5th Division ( ) Fergus Falls-6th Division on ____, assigned to Judge____. Please direct future filings to the office indicated. |
| | The above entitled action was filed in this court on _________, assigned to Judge ___________ and referred to U. S. Magistrate Judge ___________. The file will be maintained at the Clerk's Office in ( ) St. Paul, ( ) Minneapolis or ( ) Duluth. Please note this information for future reference.<br>cc to: |
| | Your request to file a new civil action has been reviewed and denied by Judge _______________.<br>Your pleadings and filing fee (if any) are attached and returned to you. |
| | **LR79.1(d) and/or LR 37.2 DISCOVERY MOTIONS:** **<u>Discovery documents</u>** are returned pursuant to Local Rule. |
| | A certified copy of the Order of Remand is enclosed. |
| XXXX | The above entitled action is being transferred to your court pursuant to Order of <u>MDL Panel</u> filed <u>3/28/02</u>. A certified copy of the order and docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | A Bill of Costs is to be submitted on a form as provided by the court. Form AO 133 and instructions for completion are attached. |
| | Your original documents are returned. <u>Copies</u> of state court documents were submitted when the action was removed to this court. |
| | OTHER: |

Deputy Clerk ______________________
Shirley Hansen

Forms/cklist1.f.wpd

*Visit our website at www.mnd.uscourts.gov*